# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY HADDIX,   No. CIV S-09-3448-FCD-CMK-P

    Petitioner,

  vs.   ORDER

FRANCISCO JACQUEZ,

    Respondent.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed a complete application to proceed in forma pauperis or paid the required filing fee, as required by Rule 3(a)(2) of the Federal Rules Governing Section 2254 Cases. See 28 U.S.C. §§ 1914(a), 1915(a). Petitioner will be provided the opportunity to submit either a completed application to proceed in forma pauperis, or pay the appropriate filing fee.[1] Petitioner is warned that failure to comply with this order may result in the dismissal of this action for lack of prosecution and failure to

---

[1] Petitioner submitted a certification of funds, which would satisfy the certification requirement of Rule 3(a). However, Petitioner failed to file an application for leave to proceed in forma pauperis. As the court has on file his certification, no additional certification need be filed. The court, however, will require Petitioner to file a signed application.

comply with court rules and orders.  See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, or pay the appropriate filing fee, as required by Rule 3(a); and

2. The Clerk of the Court is directed to send petitioner a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: February 10, 2010

                                              /s/ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE